TO:     All Court of Appeals Judges, Professor Bacigal, Professor Spratt and Alice Armstrong

FROM:  Marty Ring

DATE:  March 2, 2021


    The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Jordan Alexander Price
     v. Natasha Yvonne Peek, f/k/a, etc.
     Record No. 0852-20-3
     Opinion rendered by Chief Judge Decker on
      December 22, 2020

2.  Ryan Thomas Pick
     v. Commonwealth of Virginia
     Record No. 1945-19-2
     Opinion rendered by Judge O'Brien on
      January 12, 2021

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  Kumar Sangaran
      v. Shabnam Sachdeva
    Record No. 1898-19-4
     Opinion rendered by Judge AtLee
       on June 23, 2020
     Refused (201045)

2.  Wardell Orthopaedics, P.C.
      v. Colonna's Shipyard, Inc., et al.
    Record No. 1930-19-1
     Opinion rendered by Judge O'Brien
       on July 14, 2020
     Refused (201008)

3.  Timothy Warnick, s/k/a, etc.
      v. Commonwealth of Virginia
    Record No. 0616-19-4
     Opinion rendered by Judge Humphreys
       on July 7, 2020
     Refused (201124)

4.  Lenny Rock Kenner
      v. Commonwealth of Virginia
    Record No. 0934-18-1
     Opinion rendered by Judge Humphreys
       on December 3, 2019
     Judgment of Court of Appeals affirmed by opinion rendered
       on February 25, 2021 (200027)